## ALEXANDER HENRY AND EDWARD EDWARDS
### v.
## FREDERICA FERGUSON

### 1809

#### JOURNAL ENTRIES

| | | |
|---|---|---|
| 1. Rule to bring body | . . . . . . . . | *Journal, infra,* *p. 210 |
| 2. Rule to plead | . . . . . . . . . . . | " 238 |
| 3. Plea filed | . . . . . . . . . . . . | " 301 |
| 4. Rule to reply; continuance | . . . . . . . | " 302 |
| 5. Continuance | . . . . . . . . . . . | " 344 |

#### PAPERS IN FILE

[None]